968

No. 713. SMOOT SAND & GRAVEL CORP. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David R. Shelton* for petitioner. *Chester H. Gray, Milton D. Korman* and *Henry E. Wixon* for respondent.

No. 741. UNION TRANSFER CO. ET AL. *v.* UNITED STATES;

No. 742. HUGHES TRANSPORTATION, INC., *v.* UNITED STATES; and

No. 744. KENTUCKY *v.* UNITED STATES. Petitions for writs of certiorari to the Court of Claims denied. *Robert A. Nelson* for petitioners in No. 741. *Daryal A. Myse* for petitioner in No. 742. *Jo M. Ferguson,* Attorney General of Kentucky, and *George M. Catlett,* Special Assistant Attorney General, for the Commonwealth of Kentucky, petitioner in No. 744. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States. Reported below: No. 741, — Ct. Cl. —, 168 F. Supp. 217; Nos. 742 and 744, — Ct. Cl. —, 168 F. Supp. 219.

No. 752. McDERMOTT *v.* JAMULA ET AL. Superior Court of Massachusetts. Certiorari denied. *Frederick M. Myers,* for petitioner. *Louis Sherman* and *Joseph M. Stone* for respondents.

No. 777. JIMENEZ ET AL. *v.* FLORES. Supreme Court of Texas. Certiorari denied. *Gerald Weatherly* for petitioners. *Will Wilson,* Attorney General of Texas, *W. V. Geppert* and *Riley Eugene Fletcher,* Assistant Attorneys General, for respondent.